UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mj-03613-Louis

UNITED STATES OF AMERICA

v.

DEVIN LAMAR WILSON,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013? _____ Yes \_\_\_X\_\_\_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014? _____ Yes \_\_\_X\_\_\_ No

                                              Respectfully submitted,

                                              ARIANA FAJARDO ORSHAN
                                              UNITED STATES ATTORNEY

By: _____
       BROOKE ELISE LATTA
       Assistant United States Attorney
       Fla. Bar No. 105315
       99 Northeast 4th Street
       Miami, FL. 33132-2111
       Tel: (305) 961-9050
       Fax: (305) 619-7478
       Brooke.Latta@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>DEVIN LAMAR WILSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 19-mj-03613-Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 18, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery; and |
| 18 U.S.C. § 924(c)(1)(A)(iii) | Discharging a Firearm in Furtherance of a Crime of Violence. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Band, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/7/19

_____
*Judge's signature*

City and state: Miami, Florida

Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samuel Band, a Special Agent with the Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND OFFICER BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been a Special Agent with the FBI since February 2019, and have been assigned to the Miami Division since that time. Prior to becoming an FBI Special Agent, I was a police officer in Virginia with the Fairfax County Police Department from 2013 to 2018.

2. The facts set forth in this affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. The information contained in this affidavit is true and correct, to the best of my knowledge and belief. Because this affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that **DEVIN LAMAR WILSON ("WILSON")** did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce

by means of robbery, in violation of Title 18, United States Code, Section 1951(a), and did knowingly and unlawfully possess and brandish a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## **PROBABLE CAUSE**

4. On or about September 18, 2019, at approximately 8:34 p.m., a male (the "Subject")[1] entered a Valero gas station convenience store, located at 11301 N.W. 27th Ave., Miami, Florida.[2] The Subject walked to the back, retrieved a six-pack of Stella Artois beer from the cooler, and placed it onto the counter. The Subject then requested a pack of cigarettes from the clerk at the register (the "Victim"), who was standing on the opposite side of the counter behind a security glass window. As the Victim reached for the cigarettes, the Subject retrieved a black and silver semi-automatic firearm from his waistband, and pointed it at the Victim. The Subject pulled the slide back on the firearm in an attempt to load the weapon. The Subject then ordered the Victim to open the security glass window and open the register.

5. The Victim complied with the Subject's instructions and handed him approximately $1,800 cash from the register. The Subject then ordered the Victim to lay on the floor, facedown, and not look back. As the Victim was on the ground, the Subject leaned over the counter and fired a single shot towards the Victim. The Victim was not struck nor was she injured. The Subject then fled on foot through the parking lot toward N.W. 113th Street, Miami, Florida.

---

[1] The Subject was later identified as Devin Lamar Wilson.

[2] The location of the crime is approximately 3.5 miles from WILSON'S residence.

6. The Victim immediately called 911. Law enforcement responded to Valero and processed the scene. Officers collected a 9mm shell casing which read "Winchester 9mm Luger," and the six-pack of beer that was left behind by the Subject.

7. Law enforcement collected a surveillance video from the interior of Valero. The video reflects the entire incident in full. The Subject was a black male, approximately 20-30 years old, who wore a black hooded sweatshirt, red/maroon shoes, white socks, and tan-colored shorts.

8. Law enforcement canvassed the area near Valero for additional video surveillance. A second surveillance video was obtained from a nearby residence located at 2615 N.W. 113th Street, Miami, Florida. A review of surveillance footage revealed that the Subject arrived in a white, Chevrolet Impala, exited the vehicle from the backseat and walked toward the station. A short time later, the Subject is seen returning to the vehicle holding an item in his hands, and enters the backseat. The vehicle traveled on N.W. 113th Street, the same direction as WILSON'S residence.

9. On October 3, 2019, law enforcement received an Automatic Fingerprint Identification System (AFIS) latent fingerprint notification. The fingerprints collected off of the cardboard of the Stella Artois six-pack of beer, matched the known fingerprints of DEVIN LAMAR WILSON ("WILSON").

10. Based on this information, law enforcement administered an eight person, double-blind, photographic lineup to the Victim that included WILSON. Upon reviewing the photographic lineup, the Victim immediately identified WILSON as the person who robbed her at Valero on September 18, 2019.

11. Valero is a global chemical and oil company which operates a national chain of gas stations. The Valero gas station, at the center of this crime, operates in interstate and foreign

commerce. The company which manufactured the bullet fired by WILSON, left at the scene of the robbery is Winchester. Winchester is an ammunition company located in the state of Illinois and operates in interstate commerce.

## CONCLUSION

12. Based upon the information provided above, I respectfully submit that probable cause exists to **DEVIN LAMAR WILSON ("WILSON")** did knowingly and unlawfully attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a), and did knowingly and unlawfully possess and brandish a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

FURTHER YOUR AFFIANT SAYETH NOT.

Respectfully submitted,

_____
Samuel Band
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of October, 2019, at Miami, Florida

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4